JOSIAH T. SMITH, Appellant, *v.* GEORGE F. SMITH et al., Defendants, and MARGARET L. SMITH, Respondent.

*Smith* v. *Smith*, 151 App. Div. 922. affirmed.

(Argued October 3, 1912; decided October 22, 1912.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 21, 1912, which affirmed an order of Special Term granting a motion for judgment on the pleadings in an action for partition of real property.

*Charles C. Suffren* for appellant.

*Louis Ehrenberg* for respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.